UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYE W CHUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN,<br><br>        Defendant. | Case No. 19-cv-07278-VC<br><br>**ORDER TO SHOW CAUSE** |

The plaintiff is ordered to show cause why the case should not be dismissed under Rule 41(b) for failure to prosecute. A written response to this order is due by Friday, March 20, 2020, at which point the matter will be deemed submitted unless the Court specifies otherwise.

**IT IS SO ORDERED.**

Dated: March 6, 2020

VINCE CHHABRIA
United States District Judge